UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONCEPCION RODRIGUEZ, | ) | No. CV 14-1030 AB (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| M.D. BITER, Warden | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 14, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge